# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

HERBEY GARCIA ARMENDARIZ, )
)
        Plaintiff, )
)
vs. ) Case No. CIV-11-731-M
)
HARLEY G. LAPPIN, DIRECTOR, )
B.O.P., et al., )
)
        Defendants. )

## ORDER

On August 4, 2011, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this Court deny plaintiff's motions for pauper status and order plaintiff to pay the entire $350.00 filing fee within twenty-one (21) days. Plaintiff was advised of his right to object to the Report and Recommendation by August 22, 2011. On August 16, 2011, plaintiff filed his objection and his memorandum in support of his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on August 4, 2011;

(2) DENIES plaintiff's motions for pauper status [docket nos. 2 and 14]; and

(3) ORDERS plaintiff to pay the entire $350.00 filing fee within twenty-one (21) days of the date of this Order.

**IT IS SO ORDERED this 23rd day of August, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE